IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS SLAUGHTER**                                                                                                 **PLAINTIFF**

v.                                    Case No: 4:20-cv-00641-LPR

**BILL GILKEY**                                                                                                        **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed and the time for doing so has expired. After a careful and de novo review of the PFR and the entire record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff Chris Slaughter's complaint is dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.

Dated this 4th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE