IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRIS SLAUGHTER**                                                                                          **PLAINTIFF**

v.                              Case No: 4:20-cv-00641-LPR

**BILL GILKEY**                                                                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the complaint is DISMISSED without prejudice.

Dated this 4th day of November 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE